IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Bryant, Nathaniel | Case Number: 06 B 00426 |
|---|---|---|
|  | Bryant, Kimberly | Judge: Squires, John H |
|  | Printed: 6/10/08 | Filed: 1/18/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 26, 2008
Confirmed: April 26, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 29,972.52 |  |
| Secured: |  | 19,065.54 |
| Unsecured: |  | 0.00 |
| Priority: |  | 6,643.74 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,549.06 |
| Other Funds: |  | 14.18 |
| Totals: | 29,972.52 | 29,972.52 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stefans Stefans & Stefans | Administrative | 2,700.00 | 2,700.00 |
| 2. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 3. | Indiana Dept Of Revenue | Secured | 0.00 | 0.00 |
| 4. | Triad Financial Services | Secured | 14,092.73 | 6,399.28 |
| 5. | Monterey Financial Services | Secured | 3,881.33 | 1,518.47 |
| 6. | Nuvell Credit Company LLC | Secured | 23,297.48 | 9,002.37 |
| 7. | HomeComings Financial Network | Secured | 11,486.56 | 2,145.42 |
| 8. | Illinois Dept Of Healthcare And Family | Priority | 6,770.32 | 3,865.90 |
| 9. | Internal Revenue Service | Priority | 4,590.01 | 2,777.84 |
| 10. | Nuvell Credit Company LLC | Unsecured | 1,402.12 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 175.85 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 566.38 | 0.00 |
| 13. | Monterey Financial Services | Unsecured | 435.45 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 10,544.46 | 0.00 |
| 15. | Aspire Visa | Unsecured | 767.00 | 0.00 |
| 16. | T Mobile USA | Unsecured | 1,412.93 | 0.00 |
| 17. | AAA Checkmate LLC | Unsecured | 978.95 | 0.00 |
| 18. | Premier Bankcard | Unsecured | 444.17 | 0.00 |
| 19. | Aspire Visa | Unsecured | 758.94 | 0.00 |
| 20. | Illinois Dept Of Healthcare And Family | Unsecured | 1,784.81 | 0.00 |
| 21. | Triad Financial Services | Unsecured | 2,716.69 | 0.00 |
| 22. | Internal Revenue Service | Unsecured | 628.86 | 0.00 |
| 23. | Illinois Student Assistance Commission | Unsecured | 3,660.86 | 0.00 |
| 24. | Sprint Nextel | Unsecured | 323.56 | 0.00 |
| 25. | Ice Mountain | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bryant, Nathaniel  
Bryant, Kimberly  
Printed: 6/10/08

Case Number: 06 B 00426  
Judge: Squires, John H  
Filed: 1/18/06

| | | | | |
|---|---|---|---|---|
| 26. | University of Chicago Hospital | Unsecured | | No Claim Filed |
| 27. | University Of Chicago Physicians | Unsecured | | No Claim Filed |
| 28. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 29. | Comp Child &Adol H C A | Unsecured | | No Claim Filed |
| 30. | Harris & Harris | Unsecured | | No Claim Filed |
| 31. | SMSC-F | Unsecured | | No Claim Filed |

$ 93,419.46        $ 28,409.28

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 352.54 |
| 5% | 240.52 |
| 4.8% | 443.58 |
| 5.4% | 512.42 |
| | $ 1,549.06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

